

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00279-CV

———————————————

WESTERN SECURITIES (USA) LIMITED, Appellant

V.

HELEN CURTIS, PHILIS MASON, JOHN JASINSKI, INDIVIDUALLY AND IN
HIS CAPACITY AS THE TRUSTEE OF THE JOHN C. JASINSKI REVOCABLE
TRUST, KELLI JASINSKI, CHRIS RUTLEDGE, AND TIM MARTIN, Appellees

---

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 23-3706-467

---

Before Walker, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Dismiss Appeal."  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  December 19, 2024